```
1   MELINDA S. RIECHERT, State Bar No. 65504
    MORGAN, LEWIS & BOCKIUS LLP
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto, CA  94306-2122
    Tel: 650.843.4000
4   Fax: 650.843.4001
    E-mail: mriechert@morganlewis.com
5
    Attorney for Defendants
6   BAYER CORPORATION, BAYER HEALTHCARE LLC,
    AND NOLI MANUEL
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DELKARLTON BROWN,<br><br>                Plaintiff,<br><br>        vs.<br><br>BAYER CORPORATION, BAYER BIOLOGICAL PRODUCTS, NOLI MANUEL, COLE CORTES, and DOES 1 through 100 inclusive,<br><br>                Defendants. | Case No. C 06-06487 MHP<br><br>**STIPULATION TO EXTEND DEFENDANT NOLI MANUEL'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br><br>[Civ. L.R. 6-1(a)] |

Plaintiff Delkarlton Brown ("Plaintiff") and Defendant Noli Manuel ("Defendant"), by and through their respective counsel, file this stipulation to extend the time by which Defendant must answer or otherwise respond to Plaintiff's Complaint:

WHEREAS Defendant Noli Manuel has not previously requested an extension of time to respond to Plaintiff's Complaint; and

WHEREAS the stipulated extension of time will not require the modification of any deadlines previously set by the Court.

IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a), Plaintiff Delkarlton Brown and Defendant Noli Manuel, agree and stipulate, by and through their attorneys, to a thirty-day extension to answer or otherwise respond to Plaintiff's Complaint in this matter, resulting in a date of November 22, 2006.

**IT IS SO STIPULATED:**

| | |
|---|---|
| Dated: October 20, 2006 | MORGAN, LEWIS & BOCKIUS LLP |
| | By /s/ Melinda Riechert |
| | Melinda S. Riechert |
| | Attorney for Defendants<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC AND<br>NOLI MANUEL |
| Dated: October ____, 2006 | LAW OFFICES OF MAYOR JOSEPH L.<br>ALIOTO & ANGELA ALIOTO |
| | By _____ |
| | Angela Alioto<br>Catherine Gregory |
| | Attorneys for Plaintiff<br>DELKARLTON BROWN |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 10/23/2006

_____
Hon. Marilyn H. Patel

IT IS SO ORDERED
/s/ M. Patel
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3611391.1

2

STIP. TO EXTEND DEFENDANT'S TIME
TO RESPOND TO COMPLAINT &
[PROPOSED] ORDER (C 06-06487 MHP)

IT IS SO STIPULATED:

Dated: October 20, 2006                 MORGAN, LEWIS & BOCKIUS LLP

                                        By _____
                                            Melinda S. Riechert

                                        Attorney for Defendants
                                        BAYER CORPORATION,
                                        BAYER HEALTHCARE LLC AND
                                        NOLI MANUEL

Dated: October 20, 2006                 LAW OFFICES OF MAYOR JOSEPH L.
                                        ALIOTO & ANGELA ALIOTO

                                        By _____
                                            Angela Alioto
                                            Catherine Gregory

                                        Attorneys for Plaintiff
                                        DELKARLTON BROWN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____          _____
                                            Hon. Marilyn H. Patel
                                            United States District Court Judge