1  ANGELA ALIOTO, (SBN 130328)
   CATHERINE GREGORY, (SBN 242006)
2  LAW OFFICES OF MAYOR JOSEPH L. ALIOTO
         & ANGELA ALIOTO
3  700 Montgomery Street
   San Francisco, CA 94111
4  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
5
   Attorneys for Plaintiff
6

7                    UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

9

10

11 | DELKARLTON BROWN,                          ) Case No. C 06-06487 MHP
                                                )
12 |                    Plaintiff,              )
                                                ) STIPULATION TO DISMISS
13 |        vs.                                 ) DEFENDANTS NOLI MANUEL AND
                                                ) COLE CORTES AND [PROPOSED]
14 | BAYER CORPORATION, BAYER                   ) ORDER
     BIOLOGICAL PRODUCTS, NOLI                  )
15 | MANUEL, COLE CORTES, AND DOES 1            )
     through 100, inclusive,                    )
16 |                                            )
                     Defendants.                )
17                                              )

18 _____

19      Pursuant to Federal Rule of Civil Procedure 21, Plaintiff Delkarlton Brown

20 ("Plaintiff") and Defendants Noli Manuel and Cole Cortes (together "Individual

21 Defendants"), by and through their respective counsel, file this stipulation to dismiss

22 Individual Defendants as parties to the above-described lawsuit.

23      WHEREAS Defendant Noli Manuel has not yet filed a responsive pleading in this

24 action;

25      WHEREAS Defendant Cole Cortes has not yet been served with Plaintiff's

26 Complaint for Damages;

27      WHEREAS all parties involved have agreed to each bear their own fees and costs

28 that they have incurred as a result of naming Individual Defendants; and

1     WHEREAS all parties agree that dismissal of Individual Defendants on the terms
2 described herein is just;
3     IT IS HEREBY STIPULATED by Plaintiff and Individual Defendants that
4 Individual Defendants are hereby voluntarily dismissed as defendants to this lawsuit.

5

6     **IT IS SO STIPULATED.**

7

8

9 Dated November 21, 2006     LAW OFFICES OF MAYOR JOSEPH L.
10     ALIOTO & ANGELA ALIOTO

11

12

13     by

14     Catherine Gregory

15     Attorney for Plaintiff Delkarlton Brown

16

17 Dated November 20, 2006     MORGAN, LEWIS & BOCKIUS, LLP

18

19

20     by

21     Melinda Riechert

22     Attorney for Defendants Bayer

23     Corporation, Bayer Healthcare, Inc., and

24     Noli Manuel

25

26

27

28

STIPULATION TO DISMISS NOLI MANUEL AND COLE CORTES AS DEFENDANTS

set forth on pages 1 & 2 dismissing the individual defendants.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  Dated: 12/5/06                              _____

5                                              Hon. Marilyn H. Patel

6                                              United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28