ANGELA ALIOTO, (SBN 130328)
CATHERINE GREGORY, (SBN 242006)
LAW OFFICES OF MAYOR JOSEPH L. ALIOTO
    & ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DELKARLTON BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, BAYER BIOLOGICAL PRODUCTS, AND DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C 06-06487 MHP<br><br>STIPULATION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Delkarlton Brown ("Plaintiff") and Defendants Bayer Corporation and Bayer Biological Products ("Defendants"), by and through their respective counsel, file this stipulation to dismiss the above-titled case with prejudice.

    WHEREAS Defendants have appeared in this case by filing an answer;

    WHEREAS all parties agree that dismissal of the above-titled case on the terms described herein is just;

    IT IS HEREBY STIPULATED by Plaintiff and Defendants that this lawsuit is hereby voluntarily dismissed with prejudice.

    **IT IS SO STIPULATED.**

1  Dated January 23, 2007

LAW OFFICES OF MAYOR JOSEPH L. ALIOTO & ANGELA ALIOTO

by _____
Catherine Gregory
Attorney for Plaintiff DeKarlton Brown

Dated January 24, 2007

MORGAN, LEWIS & BOCKIUS, LLP

by _____
Melinda Riechert
Attorney for Defendants Bayer Corporation, Bayer Healthcare, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/27/07

_____
Hon. Marilyn H. Patel
United States District Court Judge